UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
REZA FALLAHI et al., :
:
Plaintiffs, :
: 22-CV-7013 (JMF)
-v- :
: ORDER
SAYYID EBRAHIM RAISOLSADATI, :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    Upon review of Plaintiffs' Motion to Serve Process by Alternative Means, ECF No. 7, and the relevant case law, the Court concludes that the United States should be given notice of the Motion and an opportunity to be heard in the event that it concludes that it has an interest in the matter. *See* 28 U.S.C. § 517; *see also, e.g.*, *Zhou v. Peng*, 286 F. Supp. 2d 255, 260 (S.D.N.Y. 2003) (noting that the Government, in similar circumstances, had filed a statement of interest). Accordingly, Plaintiffs shall serve a copy of this Order, along with a copy of the Motion papers, on the United States Attorney's Office for the Southern District of New York no later than **September 13, 2022**. The Government shall file any response or statement of interest by **12:00 p.m.** on **September 16, 2022**.

    SO ORDERED.

Dated: September 12, 2022  
       New York, New York  
                                                    JESSE M. FURMAN  
                                                  United States District Judge