UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
REZA FALLAHI et al., :
:
                     Plaintiffs, :
: 22-CV-7013 (JMF)
       -v- :
: ORDER
SAYYID EBRAHIM RAISOLSADATI, :
:
                    Defendant. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On September 16, 2022, Plaintiffs filed an Amended Complaint. *See* ECF No. 14. In doing so, however, they failed to comply with Paragraph 1.B of the Court's Individual Rules and Practices in Civil Cases, which provides that "[a]ny amended or corrected filing (including but not limited to amended pleadings) shall be filed with a redline showing all differences between the original and revised filing." Plaintiffs shall file a redline no later than **September 19, 2022.**

       SO ORDERED.

Dated: September 16, 2022
       New York, New York
                                               JESSE M. FURMAN
                                               United States District Judge