**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
REZA FALLAHI et al.,

                         Plaintiffs,

        -against-                                     22 **CIVIL** 7013 (JMF)

## JUDGMENT

SAYYID EBRAHIM RAISOLSADATI a/k/a
EBRAHIM RAISI,

                        Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion and Order dated December 21, 2022, although the Court has deep sympathy for Plaintiffs' efforts to seek justice for their alleged wrongs, it has no choice. It is compelled by centuries of precedent to defer to the Executive Branch's determination that Raisi is entitled to immunity from suit as long as he is President of Iran. In light of that conclusion, this case must be and is DISMISSED, and Plaintiffs' motion for substitute service is DENIED as moot; accordingly, the case is closed.

**Dated:**  New York, New York

       December 21, 2022

                                                **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                         **BY:**    *K. Mango*

                                                    **Deputy Clerk**